

FILED

APR - 3 2017

Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-112-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ALLEN EARL WITHERALL, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 3rd day of April, 2017.

Honorable Susan P. Watters
United States District Judge