IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-112-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ALLEN EARL WITHERALL, | |
| Defendant. | |

IT IS ORDERED that the following weapons, which have been admitted as exhibits, shall be retained in the custody of the United States Marshals Service during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter:

| Exhibit Number | Description |
|---|---|
| Gov't- 1 | Taurus International, model 85, .38 special caliber revolver (serial number (1M62513) |
| | |
| | |
| | |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

Dated this 3rd day of April, 2017.

Susan P. Watters
United States District Court Judge