IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN EARL WITHERALL,<br><br>Defendant. | CR 16-112-BLG-SPW<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting all jurors' personal privacy,

IT IS ORDERED that the name of any juror shall be redacted from the applicable portions of the trial transcript in this matter.

DATED this 20th day of November, 2017.

SUSAN P. WATTERS
United States District Judge

1