IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN EARL WITHERALL,<br><br>Defendant. | CR 16-112-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Revocation Hearing currently scheduled for Wednesday, September 6, 2023 at 9:30 a.m. is **VACATED** and **RESET** to commence on **Tuesday, September 12, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 29th day of August, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1